**JASON K. SINGLETON**, State Bar # 166170
jason@singletonlawgroup.com
**RICHARD E. GRABOWSKI**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite "A"
Eureka, CA 95501
(707) 441-1177
FAX:  441-1533

Attorneys for Plaintiff, RANDY KIYABU

JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY KIYABU, | Case No. 2:09-CV-06336-DSF (AGRx) |
| Plaintiff, | ORDER FOR DISMISSAL WITH PREJUDICE |
| v. | |
| CHANDRALEKHA ENTERPRISES, INC. , a California Corporation, dba AMERICA'S BEST VALUE INN, and DOES ONE TO TEN, inclusive, | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>KIYABU v CHANDRALEKHA ENTERPRISES, INC., et al.,</u> Case Number 2:08-CV-06336 DSF (AGRx), is dismissed with prejudice with each party to bear his or its own attorneys fees and costs.

Dated:   4/7/10   _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE